George Loverde and Vito Loverde, Appellants, v. Consumers Petroleum Company, Appellee.

Gen. No. 43,981.

opinion filed October 31, 1949; rehearing denied November 10, 1949; released for publication November 21, 1949. Julius S. Neale and Walter E. Moss, for appellants; Andrew J. Farrell, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.